IN THE UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

**THOMAS ANDREW JAQUEZ**  **PLAINTIFF**
**ADC #174535**

v.    Case No. 4:23-CV-00337-LPR

**H.G. FOSTER, Faulkner County**
**Circuit Court, 5th Division**  **DEFENDANT**

## JUDGMENT

Consistent with the Order that was entered on this day, it is CONSIDERED, ORDERED, and ADJUDGED that this case is hereby DISMISSED without prejudice. The Court certifies that an *in forma pauperis* appeal from this Judgment or the underlying Order would not be taken in good faith.[1]

IT IS SO ADJUDGED this 30th day of May 2023.

_____
LEE P. RUDOFSKY
UNITED STATES DISTRICT JUDGE

---

[1] 28 U.S.C. § 1915(a)(3).